```
QUIN DENVIR, Bar #49374
Federal Defender
MARC C. AMENT, Bar #59080
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California  93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
DAVID GLENN CALLAWAY
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　*Plaintiff,*<br><br>　　　v.<br><br>DAVID GLENN CALLAWAY,<br><br>　　　　　*Defendant.*<br>_____ | No. 1:05-cr-0004 OWW<br><br>STIPULATION TO CONTINUE MOTIONS HEARING AND ORDER THEREON<br><br>NOTE TO COUNSEL: CONTINUED DATE HAS BEEN CHANGED<br><br>Date:  July 25, 2005<br>Time:  1:30 p.m.<br>Judge: Hon. Oliver W. Wanger |

　　　It is hereby stipulated by and between the parties hereto that the motions hearing in the above-entitled matter now set for June 20, 2005, may be continued to **July 25, 2005, at 1:30 p.m.**

　　　The reason for this continuance is to allow counsel for defendant time for further preparation.

　　　The parties agree that any delay resulting from this continuance shall be excluded in the interest of justice pursuant to 18 U.S.C. §§ 3161(h)(1)(F), 3161(h)(8)(A) and § 3161(h)(8)(B)(i).

　　　The parties agree that time shall be excluded pursuant to 18 U.S.C. §§ 3161, subd. (8)(A) and (B) in that the ends of justice served by the continuance outweigh the best interest of the public and the defendant in a speedy trial, since the failure to grant such a continuance would deny counsel for the defendant the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

///

McGREGOR W. SCOTT<br>
United States Attorney

DATED: June 16, 2005          By:     /s/ Jonathan B. Conklin  
                                                      JONATHAN B. CONKLIN  
                                                      Assistant U.S. Attorney  
                                                      Attorney for Plaintiff

QUIN DENVIR  
Federal Defender

DATED: June 16, 2005          By:     /s/ Marc C. Ament  
                                                      MARC C. AMENT  
                                                      Assistant Federal Defender  
                                                      Attorney for Defendant  
                                                      DAVID GLENN CALLAWAY

**ORDER**

IT IS SO ORDERED.   Time is excluded pursuant to 18 U.S.C. § 3161, subd. (8)(A) and (B).  For the reasons stated above, the court finds that the ends of justice served by the delay outweigh the best interest of the public and the defendants in a speedy trial.

AS COURT WILL NOT BE IN SESSION ON JULY 25, 2005, THE MATTER IS CONTINUED TO AUGUST 2, 2005 AT 9:00 A.M.

DATED: June 16, 2005  
                                          /s/ OLIVER W. WANGER  
                                          OLIVER W. WANGER  
                                          United States District Court Judge