```
QUIN DENVIR, Bar #49374
Federal Defender
MARC C. AMENT, Bar #59080
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California  93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
DAVID GLENN CALLAWAY
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,  Plaintiff,  v.  DAVID GLENN CALLAWAY,  Defendant. | No. 1:05-cr-0004 OWW  STIPULATION RE MODIFICATION OF ORDER SETTING CONDITIONS OF RELEASE AND  ORDER THEREON  Date:   October 17, 2005  Time:  1:30 p.m.  Judge: Hon. Oliver W. Wanger |

**Stipulation**

Upon the recommendation of Supervisory Pretrial Services Officer Kimberly M. Dalton, it is hereby stipulated by and between the parties that the Order Setting Conditions of Release, filed February 24, 2005, CR 11, be modified to vacate the home confinement program component only which includes home detention with electronic monitoring.  All other previously ordered conditions of release are to remain in full force and effect.

```
                                        McGREGOR W. SCOTT
                                        United States Attorney


DATED: October 12, 2005         By:    /s/  Jonathan B. Conklin
                                        JONATHAN B. CONKLIN
                                        Assistant U.S. Attorney
                                        Attorney for Plaintiff




                                        QUIN DENVIR
                                        Federal Defender



DATED: October 12, 2005         By:    /s/  Marc C. Ament
                                        MARC C. AMENT
                                        Assistant Federal Defender
                                        Attorney for Defendant
                                        DAVID GLENN CALLAWAY
```

## ORDER

IT IS SO ORDERED. The Order Setting Conditions of Release, filed February 24, 2005, CR 11, be modified to vacate the home confinement program component only which includes home detention with electronic monitoring. All other previously ordered conditions of release are to remain in full force and effect.

IT IS SO ORDERED.

**Dated:   October 13, 2005**            /s/ Sandra M. Snyder
icido3                                   UNITED STATES MAGISTRATE JUDGE

Stipulation & Proposed Order                   2